**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE:  **Elin Louise Eriksson** | § | **CASE NO.  15-32677** |
| | § | |
| **DEBTOR** | § | **CHAPTER 13** |
| | § | |

**DEBTOR'S OBJECTION
TO CHAPTER 13 TRUSTEE'S NOTICE OF ADJUSTMENT TO PLAN PAYMENT
AND EXPEDITED MOTION TO STAY NOTICE OF WAGE ORDER ADJUSTMENT**
(Relates to Doc. Nos. 71 and 72)

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY.  YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU.  YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED.  IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE MOTION AND HAVE NOT YET REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING.  UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**To the Honorable David R. Jones,
United States Bankruptcy Judge:**

Elin Louise Eriksson (the "Debtor") files this Objection and Expedited Motion, and would respectfully show the Court as follows:

1.     On May 8, 2019, "U.B. [sic] Bank Trust National Association, as Trustee of the Igloo Series III Trust" ("U.S. Bank") filed a *Notice of Mortgage Payment Change*, claiming that the Debtor's escrow payment should increase from $375.06 to $744.84, an increase of nearly 100%.  [Doc. No. 70].  The undersigned counsel for the Debtor flagged this *Notice* for objection, but as of this date, an objection has not yet been filed.

2.      On August 7, 2019, the Chapter 13 Trustee filed a *Chapter 13 Trustee's Notice of Adjustment to Plan Payment*, stating that the Debtor's plan payment should be increased by the sum of $470.00 in respect of U.S. Bank's filed *Notice of Mortgage Payment Change*.  [Doc. No. 71].

3.      On August 12, 2019, the Chapter 13 Trustee filed a *Notice of Wage Order Adjustment* in accordance with the previously filed a *Chapter 13 Trustee's Notice of Adjustment to Plan Payment*.  [Doc. No. 72].

4.      The Debtor believes that the *Notice of Mortgage Payment Change* at Doc. No. 70 is erroneous, and plans to file a proper objection accordingly, within the next few days.

        ACCORDINGLY, the Debtor respectfully requests that the Court STAY the Trustee's *Notice of Wage Order Adjustment* until her objection to the *Notice of Mortgage Payment Change* at Doc. No. 70 can be adjudicated, and grant her such other and further relief to which she may be entitled.

Respectfully Submitted,

**THE RATNALA LAW FIRM, PLLC**

BY:      /s/  Ravi Patrick Ratnala
         Ravi Patrick Ratnala
         Texas Bar No. 24062955
         S.D. Tex Admission No. 1056316
         P.O. Box 430973
         Houston, TX 77243-0973
         (713) 493-5274 Phone
         (866) 664-3545 Fax

         ATTORNEY FOR THE DEBTOR

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 12, 2019, a true and correct copy of the above and foregoing document was sent to the following parties by the following means:

<u>Debtor(s), by email pursuant to Fed. R. Civ. P. 5(b)(2)(E)</u>

<u>U.S. Bank Trust, NA, by U.S. Mail</u>
c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX 75038

<u>Parties Requesting Notice, by BKECF</u>
BDFTE, LLP
15000 Surveyor Blvd, Ste 100
Addison, TX 75001

BSI Financial Services
1425 Greenway Dr, Ste 400
Irving, TX 75038
prpbk@bsifinancial.com

<u>Chapter 13 Trustee, by ECF</u>
David G. Peake
9660 Hillcroft, Suite 430
Houston, TX 77096-3856

<u>United States Trustee, by BKECF</u>
United States Trustee
515 Rusk, Suite 3516
Houston, Texas, 77002-2604

/s/  Ravi Patrick Ratnala
Ravi Patrick Ratnala
Texas Bar No. 24062955