

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
08/15/2019

| | | |
|---|---|---|
| IN RE: | § | |
| ELIN LOUISE ERIKSSON | § | CASE NO: 15-32677 |
| Debtor(s) | § | |
| | § | CHAPTER 13 |

## ORDER GRANTING, IN PART, MOTION TO STAY

Ms. Eriksson seeks to stay a Notice of Mortgage Payment Change filed on May 8, 2019. She alleges that the lender failed to file any interim notices of mortgage payment changes and failed to comply with RESPA's requirement to provide annual escrow statements.

The Notice of Mortgage Payment Change includes a current escrow analysis dated April 26, 2019. It reflects annual escrow disbursements of $5,547.05. Ms. Eriksson's motion for stay does not allege any error in those disbursement amounts.

If the escrow account were in perfect balance, Ms. Eriksson would still be required to make a monthly escrow deposit of one-twelfth of the $5,547.05, or $462.25 per month. The $462.25 would require a total monthly payment of principal, interest and escrow equal to $990.53.

On September 16, 2019 at 11:00 a.m., the Court will conduct a hearing to determine the proper amount of the mortgage change. Pending the outcome of that hearing, the monthly principal, interest and escrow is set at $990.53. The wage order and plan payment should be adjusted to reflect that amount.

SIGNED **August 15, 2019.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE