**Richard E. Anderson**
Texas Bar No. 01209010
4920 Westport Drive
The Colony, Texas 75056
Tel. (214) 276-1545
Fax. (214) 276-1546
RAnderson@AndersonVela.com
**ANDERSON VELA, LLP**
**Attorney for Creditor**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | § |
| | § CASE NO. 15-32677 |
| Elin Louise Eriksson | § CHAPTER 13 |
| Debtor, | § |

MOTION TO CONTINUE HEARING ON
NOTICE OF MORTGAGE PAYMENT CHANGE
DOCKET #70

**TO THE HONORABLE MARVIN ISGUR, UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW, U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust ("Creditor"), who, for its Motion to Continue Hearing on Notice of Mortgage Payment Change [Doc # 70], would show the Court the following:

1. On May 8, 2019, Creditor filed a Notice of Mortgage Payment Change under Rule 3002.1(b) ("Notice") regarding Creditor's Claim #3-1.

2. Creditor is requesting more time to seek resolution in the matter with Debtor's Attorney.

3. Creditor has withdrawn the Notice of Mortgage Payment Change (Docket #70) and the account is currently being reconciled.

**MOTION TO CONTINUE HEARING**                                                                 **PAGE  1**

4. Accordingly, Creditor requests that the Court reset the hearing currently scheduled for September 16, 2019.

5. Debtor's Attorney has agreed to allow this hearing to be continued to a later date so that the matter may be resolved between the two parties.

WHEREFORE, Creditor requests the Court to continue the current setting for the hearing on Movant's Notice of Mortgage Payment Change for at least ten (10) days, and for such other and further relief as is just.

Respectfully submitted,

/S/RICHARD E. ANDERSON
Richard E. Anderson
State Bar No. 01209010
4920 Westport Drive
The Colony, Texas 75056
Telephone:  (214) 276-1545, Ext. 207
Direct No. 214 295-6423
 Facsimile:   (214) 276-1546
RAnderson@andersonvela.com
**COUNSEL FOR CREDITOR**

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 6, 2019, the undersigned:

I have been in contact with Debtor's Counsel seeking resolution to the Motion. Debtor's Counsel is aware and has agreed to continuance of the hearing set for September 16, 2019 at 11:00AM.

/S/ RICHARD E. ANDERSON
Richard E. Anderson

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Motion to Continue was served on the 9th day of September, 2019.  Said Motion was filed electronically.  Service was accomplished by the method and to the following as indicated.

                      By: /s/ Richard Anderson
                          RICHARD E. ANDERSON
                          State Bar No. 01209010
                          4920 Westport Drive
                          The Colony, Texas 75056
                          Email: randerson@AndersonVela.com

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

DEBTOR
Elin Louise Eriksson
1117 N Heron Drive  (Mailing)
Seabrook, TX 77586

DEBTOR'S ATTORNEY
Ravi Patrick Ratnala
The Ratnala Law Firm, PLLC
12335 Kingsride, #370
Houston, TX 77024

TRUSTEE
David G Peake
9660 Hillcroft, Suite 430
Houston, TX 77096

U.S. TRUSTEE
US Trustee
515 Rusk Avenue, Ste 3516
Houston, TX 77002

CREDITOR ATTORNEY

| | | |
|---|---|---|
| David G Peake<br>Chapter 13 Trustee<br>9660 Hillcroft<br>Suite 430<br>Houston, TX 77096-3856<br>713-283-5400<br>713-852-9084 (fax)<br>court@peakech13trustee.com<br>  Assigned: 06/15/2015 | representing | David G Peake<br>Chapter 13 Trustee<br>9660 Hillcroft<br>Suite 430<br>Houston, TX 77096-3856<br>713-283-5400<br>court@peakech13trustee.com<br>*(Trustee)* |
| Ravi Patrick Ratnala<br>The Ratnala Law Firm, PLLC<br>12335 Kingsride<br>#370<br>Houston, TX 77024<br>713-493-5274<br>ratnala@ratnalalaw.com<br>  Assigned: 05/12/2015 | representing | Elin Louise Eriksson<br>1117 N Heron Dr<br>Seabrook, TX 77586<br>*(Debtor)* |
| Sharon H Sjostrom<br>Blalack & Williams, P.C.<br>4851 LBJ Freeway, Suite 750<br>Dallas, TX 75244<br>214-630-1916<br>214-630-1112 (fax)<br>ssjostrom@blalack.com<br>  Assigned: 07/22/2015 | representing | AMOCO Federal Credit Union<br>*(Creditor)* |
| Steve Turner<br>Barrett Daffin Frappier Turner & Engel<br>3809 Juniper Trace, Suite 205<br>Austin, TX 78738<br>512-687-2500<br>512-477-1112 (fax)<br>sdecf@BDFGROUP.com<br>  Assigned: 06/10/2015 | representing | Bank Of America, N.A.<br>*(Creditor)* |

/s/ Richard E. Anderson
RICHARD E. ANDERSON

**MOTION TO CONTINUE HEARING**                                                                 **PAGE  5**